United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| OSG HOLDINGS, INC., *et al.*,[1] | Case No. 23-90799 (CML) |
| Reorganized Debtors. | (Jointly Administered) |

**FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors" as applicable, and after the confirmation of their plan of reorganization, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing certain of the chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Applied Information Group, Inc. (7381); Diamond Marketing Solutions Group, Inc. (3531); DoublePositive Marketing Group, Inc. (8221); E-statement.com Corp. (1974); Globalex Corporation (5365); JJT Enterprises, Inc. (7792); Mansell Group Holding Company (9354); Mansell Group, Inc. (7898); Metrogroup PD-WI Acquisition, LLC (5979); Microdynamics Corporation (0423); Microdynamics Group Nebraska, Inc. (5711); Microdynamics Transactional Mail, LLC (4060); National Business Systems, Inc. (6946); National Data Services of Chicago, Inc. (9009); NCP Solutions, LLC (5620); OSG Holdings, Inc. (2036); Output Services Group, Inc. (8044); Payments Business Corporation (5590); The Pisa Group, Inc. (6299); PPS Business Corporation (6432); SouthData, Inc. (5336); Telereach, Inc. (4444); The Garfield Group, Inc. (9966); WhatCounts, Inc. (9306); and Words, Data and Images, LLC (2248). The debtors' service address is 900 Kimberly Drive, Carol Stream, Illinois 60188.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Each of the following chapter 11 cases (the "Affiliate Cases") is closed; *provided that* this Court shall retain jurisdiction as provided in the Plan:

- Applied Information Group, Inc., Case No. 23- 90800
- Diamond Marketing Solutions Group, Inc., Case No. 23-90801
- DoublePositive Marketing Group, Inc., Case No. 23-90802
- E-statement.com Corp., Case No. 23-90803
- Globalex Corporation, Case No. 23-90804
- JJT Enterprises, Inc., Case No. 23-90805
- Mansell Group Holding Company, Case No. 23-90806
- Mansell Group, Inc., Case No. 23-90807
- Metrogroup PD-WI Acquisition, LLC, Case No. 23-90808
- Microdynamics Corporation, Case No. 23-90809
- Microdynamics Group Nebraska, Inc., Case No. 23-90810
- Microdynamics Transactional Mail, LLC, Case No. 23-90811
- National Business Systems, Inc., Case No. 23-90812
- National Data Services of Chicago, Inc., Case No. 23-90813
- NCP Solutions, LLC, Case No. 23-90814
- Output Services Group, Inc., Case No. 23-90818
- Payments Business Corporation, Case No. 23-90819
- The Pisa Group, Inc., Case No. 23- 23-90798
- PPS Business Corporation, Case No. 23-90820
- SouthData, Inc., Case No. 23-90821
- Telereach, Inc., Case No. 23-90822
- The Garfield Group, Inc., Case No. 23-90823
- WhatCounts, Inc., Case No. 23-90824
- Words, Data and Images, LLC, Case No. 23-90825

2. The case of OSG Holdings, Inc., No. 23-90799 (the "Lead Case"), shall remain open pending the entry of a final decree by the Court closing the Lead Case.

3. The Remaining Matters, whether or not they pertain to the Lead Case or Affiliate Cases shall be filed, administered, and adjudicated in the Lead Case without the need to reopen the Affiliate Cases.

4. Any objections to claims against or interests in the Affiliate Debtors may be filed, administered, and adjudicated in the Lead Case.

5. No later than January 21, 2024, the Affiliate Debtors shall each file any outstanding and final post-confirmation reports and shall serve a true and correct copy of such report on the U.S. Trustee.

6. The Reorganized Debtors shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Affiliate Debtors by remitting payment to the United States Trustee no later than the date on which such quarterly fees are otherwise due and shall furnish evidence of such payment to the acting U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas.  This Court shall retain jurisdiction to enforce of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

7. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party-in-interest to seek to reopen any of these Affiliate Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims against the Reorganized Debtors in these chapter 11 cases as contemplated by the Plan.  Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or

interest in any Reorganized Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise had this Final Decree not been entered.

8. Quarterly fees for the Lead Case shall be paid pending the entry of a final decree by this Court closing the Lead Case.

9. Any further reporting concerning the administration of the assets and liabilities of the Affiliate Debtors shall occur only in the Lead Case. A docket entry shall be made in each of the Affiliate Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of OSG Holdings Inc., Case No. 23-90799. The docket in Case No. 23-90799 should be consulted for all matters affecting this case.

10. Notwithstanding anything to the contrary in this Final Decree, the Bankruptcy Rules, or the Bankruptcy Local Rules, all of the terms and conditions of this Final Decree shall be effective and enforceable upon its entry.

11. The Reorganized Debtors are authorized pursuant to the Plan, and their respective agents, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Signed: January 04, 2024

_____
Christopher Lopez
United States Bankruptcy Judge